

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00697-CR

Leslie **COLLINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8675
Honorable Melisa Skinner, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
             Luz Elena D. Chapa, Justice
             Jason Pulliam, Justice

Delivered and Filed:  January 21, 2015

DISMISSED; MOTION TO DISMISS GRANTED

Appellant filed a motion to dismiss this appeal. The motion is granted, and this appeal is

dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do not publish